AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Quantum Technologies Innovations, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-00246 |
| Sirius XM Holdings Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sirius XM Holdings Inc.   .

Date:   05/13/2024

/s/ Mark Baghdassarian
*Attorney's signature*

Mark Baghdassarian ~ 3025558
*Printed name and bar number*

1177 Avenue of the Americas
New York, NY 10036

*Address*

mbaghdassarian@kramerlevin.com
*E-mail address*

(212) 715-9193
*Telephone number*

(212) 715-8000
*FAX number*