UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-00246-JRG-RSP

Name of party requesting extension: Sirius XM Holdings Inc.

Is this the first application for extension of time in this case?   ☐ Yes   ☒ No

If no, please indicate which application this represents:   ☒ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 4/29/2024

Number of days requested:   ☐ 30 days   ☒ 15 days   ☐ Other ___ days

New Deadline Date: 7/5/2024   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Melissa Richards Smith

State Bar No.: 24001351

Firm Name: GILLAM & SMITH, LLP

Address: 303 South Washington Avenue
Marshall, Texas 75670

Phone: (903) 934-8450

Fax: (903) 934-9257

Email: melissa@gillamsmithlaw.com

A certificate of conference does not need to be filed with this unopposed application.