# EXHIBIT A

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT6792557

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| HIGH BANDWIDTH, LLC | 06/28/2021 |

### RECEIVING PARTY DATA

| Name: | QUANTUM TECHNOLOGY INNOVATIONS, LLC. |
|---|---|
| Street Address: | 1712 PIONEER AVENUE, SUITE 500 |
| City: | CHEYENNE |
| State/Country: | WYOMING |
| Postal Code: | 82001 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Patent Number: | 7650376 |

### CORRESPONDENCE DATA

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Email: | iowens@patentmgmt.com |
|---|---|
| Correspondent Name: | QUANTUM TECHNOLOGY INNOVATIONS, LLC. |
| Address Line 1: | 1712 PIONEER AVENUE, SUITE 500 |
| Address Line 4: | CHEYENNE, WYOMING 82001 |

| NAME OF SUBMITTER: | LEIGH M. ROTHSCHILD |
|---|---|
| SIGNATURE: | /Leigh M. Rothschild/ |
| DATE SIGNED: | 07/01/2021 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 2**  
source=Assignment#page1.tif  
source=Assignment#page2.tif

# EXHIBIT A
## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Everis Inc., a NY State S corporation with an address at 889 Clemons Road Frankfort NY 13340 ("*Assignor*"), does hereby sell, assign, transfer, and convey unto Touchpoint Projection Innovations, LLC, with an address 1712 Pioneer Ave. Ste. 101, Cheyenne, WY 82001 ("*Assignee*"), all of Assignor's right, title, and interest in and to the following (collectively, the "*Assigned Patent Rights*"):

    (a)    the patents and patent applications listed in the table below (the "*Patents*");

| Patent or application no. | Priority Date | Expiration Date | Title of Patent and Inventors |
|---|---|---|---|
| US8265089B2 | 2009-9-04 | 2030-8-10 | NETWORK GATEWAY WITH ENHANCED REQUESTING<br><br>MCCOY, WHITE |
| US9118712B2 | 2010-12-30 | 2031-8-16 | Network communication system with improved security<br><br>MCCOY, WHITE |
|  |  |  |  |

    (b)    any future reissues, reexaminations, extensions, continuations, continuing prosecution application, requests for continuing examinations, divisions, and registrations of any of the Patents;

    (c)    rights to apply in any or all countries of the world for future patents, certificates of invention, utility models, industrial design protections, design patent protections, or other future governmental grants or issuances of any type related to the Patents; and

    (d)    causes of action and enforcement rights of any kind under, or on account of, any of the Patents and/or any of the items described in either of the foregoing categories (b) or (c), including, without limitation, all causes of action, enforcement rights and all other rights to seek and obtain any other remedies of any kind for past, current and future infringement.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all future patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Assigned Patent Rights in the name of Assignee, as the assignee to the entire interest therein. This Assignment of Patent Rights will inure for the benefit of any permitted successors or assigns of Assignee.

Assignor will, at the request of Assignee, take all reasonable steps necessary and proper, to confirm the assignment to Assignee of the Assigned Patent Rights pursuant to this Assignment of Patents and Patent Rights, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining and perfecting the Assigned Patents and Patent Rights

IN WITNESS WHEREOF this Assignment of Patent Rights is executed on June 24, 2021.

Confidential – Draft

**EVERIS INC. (ASSIGNOR):**
By: _____
Name:  Joseph McCoy_____
Title:  President_____

**TOUCHPOINT PROJECTION INNOVATIONS, LLC (ASSIGNEE):**

2