# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) C.A. No. 2:24-cv-00246 ) |
| SIRIUS XM HOLDINGS, INC., | ) ) ) |
| *Defendant*. | ) ) ) |

**ORDER GRANTING DEFENDANT SIRIUS XM HOLDINGS INC.'s MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER RULE 12(b)(6)**

Before the Court is Defendant Sirius XM Holdings, Inc.'s Fed. R. Civ. P. 12(b)(6) Motion to Dismiss as the Asserted Patent Claims Unpatentable Subject Matter Under 35 U.S.C. § 101, and Brief in Support of Same. The Court, having considered same, is of the opinion that the motion should be GRANTED.