# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) C.A. No. 2:24-cv-00246 ) |
| SIRIUS XM HOLDINGS, INC., | ) ) ) |
| *Defendant*. | ) ) ) |

## SIRIUS XM HOLDINGS INC.'S CORPORATE DISCLOSURE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sirius XM Holdings Inc. by and through its undersigned counsel, hereby certifies that Liberty Media Corporation, a publicly traded corporation, owns more than 10% of the common stock of Sirius XM Holdings Inc. Sirius XM Holdings Inc., a publicly traded corporation, owns 100% of the common stock of Sirius XM Holdings Inc.

Dated: July 3, 2024                            Respectfully submitted,

                                               By:   *s/ Mark A. Baghdassarian*
                                                     Mark A. Baghdassarian
                                                     Shannon Hedvat
                                                     Jeffrey Coleman
                                                     mbaghdassarian@kramerlevin.com
                                                     shedvat@kramerlevin.com
                                                     jcoleman@kramerlevin.com
                                                     Kramer Levin Naftalis & Frankel LLP
                                                     1177 Avenue of the Americas
                                                     New York, NY 10036
                                                     Tel: (212) 715-9100

- 2 -

        Fax: (212) 715-8000

        Melissa R. Smith
        Texas Bar No. 24001351
        **GILLAM & SMITH, LLP**
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 934-8450
        Facsimile:  (903) 934-9257
        Email: melissa@gillamsmithlaw.com

        ***Counsel for Defendant Sirius XM Holdings Inc.***

## **CERTIFICATE OF SERVICE**

I certify that on July 3, 2024, the foregoing document was filed electronically with the Court, with notice of filing generated and sent electronically via the Court's CM/ECF system to all counsel of record.

        By:  */s/ Melissa R. Smith*
             Melissa R. Smith